[IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 08-648-2 |
| | : | |
| v. | : | CIVIL ACTION No. 16-1974 |
| | : | |
| NIEMA DENBY | : | |

## **ORDER**

AND NOW, this 31st day of October, 2023, upon consideration of Defendant Niema Denby's Motion to Correct Sentence Under 28 U.S.C. § 2255 and Notice of Authority Governing 28 U.S.C. § 2255 Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 97) is DENIED.

It is further ORDERED a certificate of appealability shall not issue because Denby has failed to make a substantial showing of the denial of a constitutional right.

The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

　/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.